THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA
Special Assistant United States Attorney
California Bar No. 184475

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8962
Facsimile: (415) 744-0134
E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MYONG S. CHANG, | CV 08-6392 SH |
| Plaintiff, | |
| v. | **ORDER OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: *January 12, 2009*

/ s /
_____
HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE