1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   DENNIS J. HANNA
4  Special Assistant United States Attorney
   California Bar No. 184475
5
       333 Market Street, Suite 1500
6      San Francisco, California 94105
       Telephone:  (415) 977-8962
7      Facsimile:  (415) 744-0134
       E-Mail: Dennis.Hanna@ssa.gov
8
   Attorneys for Defendant,
9      Commissioner of Social Security

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MYONG S. CHANG,                )<br>                              )<br>  Plaintiff,                  )<br>                              )<br>         v.                   )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Commissioner of Social Security, )<br>                              )<br>  Defendant.                  )<br>_____) | CV 08-6392 SH<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: *January 12, 2009*

/ s /
_____
HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE